UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE MARIE DIXON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-11224-MLW |
| | * | |
| INDYMAC MORTGAGE SERVICES, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

July 19, 2011

TAURO, J.

After a Hearing held on July 19, 2011, this court hereby orders that Plaintiff's Emergency Ex-Parte Motion for Temporary Restraining Order [#3] is ALLOWED insofar as it stays any action concerning a foreclosure of Plaintiff's home on July 21, 2011. The foreclosure is stayed pending a decision on the merits on the motion for injunctive relief by Chief Judge Wolf.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　   /s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge